# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sebrena M. Oram          BK NO. 20-02868 HWV

Debtor(s)

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
07 Oct 2020, 15:53:43, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322