Certificate Number: 06531-PAM-DE-035202291

Bankruptcy Case Number: 20-02868


06531-PAM-DE-035202291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2020</u>, at <u>8:20</u> o'clock <u>PM CST</u>, <u>Sebrena M Oram</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 22, 2020</u>       By: <u>/s/Deyanira Reyes</u>

                                  Name: <u>Deyanira Reyes</u>

                                  Title: <u>Counselor</u>